*Friday, February 12, 1999*

## MOTION DOCKET

**99–179. Bryant v. Conrad.**
Cuyahoga App. No. 73408. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of trial court proceedings,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

LUNDBERG STRATTON, J., dissents.

## DISCIPLINARY DOCKET

**97–2647. Cleveland Bar Assn. v. Shafran.**
On February 2, 1999, this court ordered that the stayed two-year suspension of respondent, Michael Shafran, be immediately reimposed and that within one week of the order, respondent transfer all client files to the Cleveland Bar Association. It now appearing to this court that the February 2, 1999 order incorrectly showed respondent's attorney registration number as 0028891,

IT IS HEREBY ORDERED by the court, *sua sponte*, that the February 2, 1999 order be corrected to show that respondent's Attorney Registration No. is 0028991.

IT IS FURTHER ORDERED by the court, *sua sponte*, that all other provisions in the February 2, 1999 order, including but not limited to ordering respondent to transfer all client files to the Cleveland Bar Association within one week of February 2, 1999, remain in effect.